IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

KERRY WHIPKEY and
ROBYN WHIPKEY,

    Plaintiffs,

v.                                                                                                  C.A. NO.:2-09-CV-225-J

RUNNING D CONSTRUCTION, LLC.
and JUSTIN SHEA DAVIS

    Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, by and through their undersigned counsel hereby stipulate and agree to dismiss with prejudice this action. The parties also hereby agree and stipulate that each party shall be solely responsible for their own attorney's fees and costs.

Respectfully submitted this 25th day of June, 2010.


*/s/ Charles L. Scalise*                                    */s/ Kevin T. Wakley*
Charles L. Scalise                                                  Kevin T. Wakley
Ross Law Group                                                 Irwin Merritt Hogue Price & Carthel, P.C.
1104 San Antonio Street                            320 S. Polk, Ste. 700
Austin, Texas 78701                                   Amarillo, Texas 79101
Telephone: (512) 474-7677                    Telephone: (806) 322-1440
Facsimile: (512) 474-5306                     Facsimile: (806) 322-1441
ATTORNEY FOR PLAINTIFF                 ATTORNEY FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

KERRY WHIPKEY and
ROBYN WHIPKEY,

    Plaintiffs,

v.                                                  C.A. NO.:2-09-CV-225-J

RUNNING D CONSTRUCTION, LLC.
and JUSTIN SHEA DAVIS

    Defendants.
_____/

## ORDER OF DISMISSAL

On this day, the Court considered the Parties Stipulation of Dismissal with Prejudice. Having considered the pleading, the Court is of the opinion that the above-styled and numbered cause is hereby DISMISSED WITH PREJUDICE.

    SIGNED and ENTERED this ___ day of _____, 2010.

_____
HONORABLE MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE